UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re  Robert S White,                              Case Number 13-30314 GMH
            Debtor.                                 Chapter 13

---

### INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF ATTORNEY FEES AND COSTS

---

Andrew T. Sapinski ("Attorney"), an attorney representing the above captioned Debtor, makes this Application For approval of fees and costs pursuant to Bankruptcy Rule 2016 and Bankruptcy Code Section 331. This application is made to receive fees in due course from the bankruptcy estate administered by the Chapter 13 Trustee. In support of this Application, Attorney respectfully represents:

(1) Prior to filing this case, Debtor paid Attorney $500.00 and it was agreed Attorney would be paid an additional $3500.00 through the plan.

(2) When Debtor hired Attorney, it was also agreed Attorney could bill in increments of 1/10th of an hour and at a rate of $230/hour for time spent by Attorney on Debtor's bankruptcy case and apply to the Court for additional fees if the value of Attorney's services ever exceeded $4000.00. It was agreed non-attorney time could be billed at the rate of $150/hour. When Debtor hired attorney, it was also agreed Attorney could apply to the Court for reimbursement of copy and postage expenses incurred by Attorney.

(3) Attorney has maintained contemporaneous records of time spent in this case. The time was recorded in tenth of an hour increments. Those records are attached hereto.

(4) As the attached time records indicate, Attorney has spent at least 54.3 hours on Debtor's case. 42.5 hours were attorney hours and 11.8 hours were spent by non-attorney staff. In addition to handling all routine matters in this case, Attorney assisted Debtor with an Amended Schedule B and C and a Chapter 13 plan modification. When the plan modification was filed, Attorney had to deliver notice to all Debtor's creditors and this cost Attorney $37.80 in postage and copy costs. The Chapter 13 Trustee filed an objection to confirmation and Attorney helped Debtor resolve that objection. Attorney also had to appear at a Preliminary Hearing on Confirmation that was scheduled by the Court. Attorney also helped Debtor achieve a successful mortgage loan modification through the U.S. Bankruptcy Court's Mortgage Modification Mediation program.

(5) Considering Attorney's firm has spent 42.5 attorney hours and 11.8 non-attorney hours on this case and considering Attorney is allowed to bill at a rate of $230/hour for attorney time and $150/hour for non-attorney time and considering the $37.80 in postage and copy costs, the value of his firm's services is, therefore, $11,582.80. These services were necessary and beneficial toward the completion of the case and were performed in a reasonable and customary manner.

(6) Attorney has already been approved to receive $4,000.00 in connection with this case. $500.00 came directly from the Debtor before this case as filed and $3,500.00 has been approved to be paid through the Chapter 13 plan. This $4,000.00 is inadequate to cover services rendered or to be rendered and Attorney asks that his law firm, Sapinski Law Office S.C., be approved to receive another $7,582.80 through Debtor's Chapter 13 plan.

(7) Debtor is to be the source of all compensation and Attorney has not shared any fees with any other party, and has no agreement to do so in the future.

(8) Attorney believes the interim compensation awarded pursuant to this application will not create an undue hardship on any party, since payments can be made in the usual course of the Chapter 13 plan. Ultimately, the funding of the plan should be sufficient as Debtor makes payments through her wages, including a portion of Debtor's tax refunds. If, toward the end of the case, claims are in excess of Debtor's ability to fund, Debtor may seek modification under Local Rule 3015.

WHEREFORE, Attorney respectfully requests that the court enter an order approving this application for $11,582.80. $4,000.00 has already been approved to be paid to Attorney and, as a result, Attorney requests approval for an additional $7,582.80 to be paid through the Chapter 13 plan as an administrative expense.

_____  
Attorney Andrew Sapinski

October 1, 2014  
Date

Prepared By:  
Sapinski Law Office, S.C.  
12700 W. Bluemound Rd., #120  
Elm Grove, WI 53122  
Phone: 262-782-9400  
Fax: 262-782-9401

Time Records
White, Robert S  (13-30314)

| Date | Work Performed | Staff | Time |
|---|---|---|---|
| 6/22/13 | Hiring meeting with Client. Went over options. Got information. Reviewed and signed Retainer agreement with Client. | ATS | 1.1 |
| 6/22/13 | File set up and accounting time. | ATS | 0.3 |
| 6/24/13 | Drafted a letter to go to client. | LR | 0.2 |
| 6/24/13 | Drafted an affidavit of mailing and mailed it to Client w/ cover letter and mandatory BAPCPA disclosures. | LR | 0.2 |
| 6/24/13 | Met with Client. Got additional information for petition. Gave to ATS | LR | 0.2 |
| 6/26/13 | Call to client regarding information needed to complete petition. | ATS | 0.1 |
| 6/27/13 | Call to Client regarding information. | KW | 0.1 |
| 6/27/13 | Called Client to remind Client of petition signing appointment. | KW | 0.1 |
| 6/28/13 | Worked on petition, plan, means test, schedules, etc. | ATS | 1.2 |
| 6/28/13 | Completed Schedule F of petition. | LR | 0.4 |
| 6/28/13 | Completed the set up electronic file. Scanned items Client provided to file. | LR | 0.5 |
| 6/28/13 | Drafted and mailed letter, informing Client petition is almost complete and requesting Information. | ATS | 0.4 |
| 7/29/13 | Got credit counseling certificate. To file. | ATS | 0.1 |
| 7/29/13 | Meeting with Client. Discussed case with Client. Completed Business Income and Expense Statement with Client. Reviewed, corrected and signed petition with Client. | ATS | 2.0 |
| 7/30/13 | Filed Case. Paid filing fee. Added non-filing spouse information. | ATS | 0.2 |
| 7/31/13 | Drafted 341 hearing notice and mailed it to Client. | LR | 0.2 |
| 7/31/13 | Drafted and sent letter to Client regarding Financial Management Course Requirement. | LR | 0.2 |
| 7/31/13 | Assembled documents for Trustee. Drafted a cover letter and mailed it to the Trustee with documents. | LR | 0.2 |
| 7/31/13 | Drafted letter and mailed to Clients. Letter listed what information is still needed. | LR | 0.2 |
| 7/31/13 | Scanned and saved credit counseling certificates and filed them with the Court. | LR | 0.2 |
| 8/6/13 | Got Court's Case filing notice. Saved to file. | KW | 0.1 |
| 8/8/13 | Call from a Creditor regarding the filing of Client's bankruptcy case. | KW | 0.1 |
| 8/23/13 | Call to Client about request for additional information. | KW | 0.1 |
| 8/26/13 | Got remaining information and faxed to Trustee with a cover letter. | LR | 0.2 |

| Date | Description | Initials | Hours |
|---|---|---|---|
| 9/3/13 | Got a call from Atty. Pitnar of Child Support Enforcement regarding post petition Child support payment. I returned his call and left a message. | ATS | 0.1 |
| 9/3/13 | Call made to Client regarding call I got from Atty. Pintar. Spoke with Client about Child support. | ATS | 0.2 |
| 9/4/13 | Got proof mom got post petition child support. Drafted an e mail message and sent it To Atty. Pintar with attached statement from mother, saying Debtor is current. | ATS | 0.2 |
| 9/5/13 | Got a response e mail from Atty Pintar regarding child support and case. He requested a stipulation. | ATS | 0.2 |
| 9/6/13 | Called Client and got information from him. | ATS | 0.2 |
| 9/6/13 | Checked Child Support proof of claim. Checked plan feasibility. | ATS | 0.3 |
| 9/6/13 | Letter drafted and send to Client regarding claim child support filed and need for a Stipulation to get that claim withdrawn. | ATS | 0.4 |
| 9/7/13 | Scanned and saved a child support statement. | ATS | 0.1 |
| 9/10/13 | Got a call from Client about vehicle troubles and missing 341 meeting. | ATS | 0.1 |
| 9/10/13 | E mail drafted and sent to trustee regarding Client's message. | ATS | 0.1 |
| 9/10/13 | Got an e mail from the Trustee and called the Trustee regarding 341. | ATS | 0.1 |
| 9/10/13 | Phone call from Trustee and Trustee threatened to dismiss if Client not present. I then Called Client regarding this conversation. | ATS | 0.2 |
| 9/11/13 | Got fax. Saved to file. | LR | 0.2 |
| 9/11/13 | Reviewed fax we got. Made notes to file. | ATS | 0.2 |
| 9/11/13 | Drafted Stipulation child Enforcement wants before they will amend their claim. | ATS | 0.3 |
| 9/11/13 | Drafted and mailed letter to client with stipulation. | ATS | 0.3 |
| 9/12/13 | Got financial management certificate and filed with Court. | LR | 0.2 |
| 9/12/13 | Represented Client at 341 meeting. Met with Client before and after meeting. | ATS | 1.5 |
| 9/19/13 | Phone call with Trustee. | ATS | 0.2 |
| 9/19/13 | Drafted **motion to participate in Court's Mortgage Modification Mediation Program (MMM).** | ATS | 0.3 |
| 9/19/13 | Drafted 341 follow up letter. | ATS | 0.7 |
| 9/20/13 | Mailed ATS 341 follow up letter to client with MMM Motion. | LR | 0.2 |
| 10/21/13 | Got fax from Client. Discussed it with Client and information Trustee requested at the 341 meeting. Discussed MMM motion. Discussed child support. | ATS | 0.2 |
| 10/22/13 | Scanned in fax received from Client (bank statements) | KW | 0.1 |
| 10/22/13 | Looked over bank statements Client provided and drafted **Amended Schedule B & C** for him to sign. | ATS | 0.4 |
| 10/22/13 | Drafted a message and sent it by e mail to Trustee. Attached Bank statements that Provided (and that Trustee requested during 341). | ATS | 0.2 |

| Date | Description | Initials | Hours |
|---|---|---|---|
| 10/22/13 | Drafted a letter to go to Client. | ATS | 0.4 |
| 10/22/13 | Mailed my letter to Client with Amended B & C, MMM Motion and child support Stipulation. | ATS | 0.2 |
| 10/23/13 | E mailed 2011 and 2012 tax returns to Trustee. | ATS | 0.2 |
| 10/23/13 | Got e mail from Trustee. Request for information and notice of another adjourned 341. | ATS | 0.1 |
| 10/23/13 | Drafted and sent letter to Client regarding Trustee's e mail. | ATS | 0.3 |
| 11/7/13 | Phone call to Client. | KW | 0.1 |
| 11/12/13 | Got MMM Motion and filed it with the Court. | ATS | 0.2 |
| 11/12/13 | Got amended Schedule B & C and filed it with the Court. | KW | 0.1 |
| 11/12/13 | Got stipulation regarding Child support. Filed it with the Court and sent to Atty. Pintar. | ATS | 0.2 |
| 11/12/13 | Scanned in information Client provided. | KW | 0.1 |
| 11/13/13 | Got e mail from Atty. Pintar requesting that we re-do the stipulation if we wish to get The Child support Proof of claim amended. Checked file. | ATS | 0.2 |
| 11/14/13 | Called Client re. Atty. Pintar's e mail. | ATS | 0.1 |
| 11/14/13 | Called Atty. Pintar and discussed case with him. Worked on Child Support stipulation. | ATS | 0.6 |
| 11/14/13 | Drafted and mailed letter to Client. | ATS | 0.4 |
| 11/19/13 | Phone call with Client. | ATS | 0.2 |
| 11/22/13 | Meeting w/ Client. Got signed return IRS and State needed. Discussed case with Client. | ATS | 0.3 |
| 11/22/13 | Drafted cover letter to go to State with 2010 tax return. Mailed it to State. | ATS | 0.2 |
| 11/25/13 | Called IRS regarding the need for them to amend their proof of claim and regarding the 2010 tax return. | LR | 0.4 |
| 11/26/13 | Called IRS. Spoke with them regarding 2010 return and claim. Got information to We could send the 2010 return for purposes of getting the IRS proof of claim amended. | KW | 0.5 |
| 11/26/13 | Drafted and sent cover letter to IRS with 2010 returns. | KW | 0.2 |
| 11/26/13 | Drafted and sent cover letter to Trustee with 2010 returns. | KW | 0.2 |
| 11/26/13 | Got an e mail from Trustee regarding the case. Adjourned 341. | ATS | 0.1 |
| 11/27/13 | Drafted and sent 341 meeting adjournment letter to Client. | ATS | 0.4 |
| 12/4/13 | Met with Client. Got information regarding child support and information Client got from mortgage company. Forwarded to ATS. Discussed case with Client. | LR | 0.2 |
| 12/5/13 | Phone call made per Client request. | ATS | 0.2 |
| 12/6/13 | Got Consent to participate in Court's MMM Program. Saved it to file. | ATS | 0.1 |
| 12/6/13 | Drafted and sent e mail to Attorney Martin, asking what information Client needs to Provide for MMM. | ATS | 0.2 |

| Date | Description | Initials | Hours |
|---|---|---|---|
| 12/6/13 | Met with Client in the am and discussed child support and case. | LR | 0.2 |
| 12/6/13 | Got signed stipulation from Family Law Court. Scanned it into file and gave to ATS | LR | 0.2 |
| 12/6/13 | Drafted E mail message and sent to child support enforcement Attorney (Atty. Pintar) with attached stipulation Client provided from Family Court. Requested that he now amend the proof of claim he filed in the bankruptcy case. | ATS | 0.2 |
| 12/7/13 | Got Court's order directing parties to participate in the MMM program. To file. | ATS | 0.1 |
| 12/7/13 | Drafted letter, explaining what is required to participate in the MMM program. Letter to be mailed Client with Copy of Court's MMM order. | ATS | 0.2 |
| 12/9/13 | Got an e mail form Atty. Pintar. I called him and left a message. | ATS | 0.1 |
| 12/9/13 | Got a call from Atty. Pintar. Spoke with him regarding the Stipulation and what Client needs to do before he will amend the proof of claim. Then called Client and explained what he told me. | ATS | 0.2 |
| 12/9/13 | Mailed ATS letter to Client with MMM Order. Scanned to file. | LR | 0.2 |
| 12/20/13 | Met with Client. Got information requested by Mortgage company for MMM. Helped Client complete necessary forms. Discussed MMM and case with Client. | ATS | 1.9 |
| 12/20/13 | Drafted and sent e mail to Atty. Pintar, telling him Client made the payment necessary to get him to amend the Child Support proof of claim. | ATS | 0.3 |
| 12/20/13 | Series of e mail exchanges regarding payment Client made and child support with Atty. Pintar. | ATS | 0.3 |
| 12/23/13 | E-mail received from Attorney Pintar regarding stipulation child support needs. Reviewed file. | ATS | 0.3 |
| 12/23/13 | Called Client requested information for MMM. | LR | 0.1 |
| 12/23/13 | Got a call from Client and got requested information. | LR | 0.1 |
| 12/23/13 | Scanned in and uploaded documents required for MMM into DMM portal. | LR | 1.0 |
| 12/24/13 | Drafted and sent e mail to Atty. Pintar and got a response regarding stipulation and timing of client child support payment. | ATS | 0.1 |
| 12/24/13 | Drafted and sent e mail to Trustee regarding child support proof of claim. | ATS | 0.1 |
| 12/24/13 | Phone call with Client regarding child support and when he will make a payment. | ATS | 0.1 |
| 12/24/13 | Called Attorney Pintar regarding timing of child support payment and proof of claim. | ATS | 0.1 |
| 12/24/13 | E mail to MO/KW regarding information for MMM. | ATS | 0.1 |
| 12/24/13 | Letter drafted and sent to Client regarding MMM. | MO | 0.1 |
| 12/26/13 | E mail exchanges with Trustee's office regarding child support obligation. | ATS | 0.2 |
| 12/27/13 | call to Client regarding information needed. | KW | 0.1 |
| 12/27/13 | Phone call with Trustee regarding what needs to happen for plan confirmation (child support and IRS proof of claim). | ATS | 0.2 |
| 12/27/13 | Met with Client. Got missing tax return to address IRS proof of claim. Got information for MMM. Discussed what Child Support enforcement needs. | ATS | 0.3 |

| Date | Description | Initials | Hours |
|---|---|---|---|
| 12/27/13 | Uploaded information into DMM Portal for MMM. | KW | 0.1 |
| 12/27/13 | Drafted cover letter and faxed to IRS with return. | KW | 0.1 |
| 12/27/13 | Drafted cover and sent to State Department of Revenue with a tax return. | KW | 0.1 |
| 12/27/13 | Drafted and sent letter to client, informing him 341 adjourned to 2/13/14. Discussed case in letter. | ATS | 0.3 |
| 12/27/13 | Letter drafted and mailed to Client regarding information needed for MMM. | ATS | 0.2 |
| 12/30/13 | Phone call with Client. | ATS | 0.1 |
| 12/30/13 | Drafted Certificate of Readiness for MMM. | ATS | 0.2 |
| 1/6/14 | Follow up call made to Client regarding needed information. | ATS | 0.1 |
| 1/7/14 | Phone call with Client. | ATS | 0.1 |
| 1/7/14 | Filed Certificate of Readiness for MMM. | ATS | 0.2 |
| 1/8/14 | Got notice of appointment of mediator. | ATS | 0.1 |
| 1/8/14 | Drafted and mailed letter to Client regarding MMM. | ATS | 0.2 |
| 1/8/14 | Drafted and sent an e mail to mediator. | ATS | 0.1 |
| 1/9/14 | Meeting with Client. Discussed case and MMM. Got information from Client. Filed a document with Court. | ATS | 0.3 |
| 1/9/14 | Call to IRS. | KW | 0.1 |
| 1/9/14 | Drafted and sent letter to IRS with tax return. | KW | 0.1 |
| 1/9/14 | Uploaded information into DMM Portal. | KW | 0.1 |
| 1/10/14 | Got an e mail from mediator regarding MMM. | ATS | 0.1 |
| 1/10/14 | Drafted and sent an e mail to Trustee regarding child support with copy of a stipulation. | ATS | 0.2 |
| 1/13/14 | E mail drafted and sent to MMM mediator. | ATS | 0.2 |
| 1/15/14 | E mail exchanges with MMM mediator. | ATS | 0.2 |
| 1/15/14 | Phone call with Client regarding MMM. | ATS | 0.1 |
| 1/15/14 | Drafted and sent letter to Client regarding MMM. | ATS | 0.3 |
| 1/16/14 | Phone call with Client. Discussed MMM. | KW | 0.1 |
| 1/15/14 | Got e mail from mediator regarding MMM phone conference. | ATS | 0.1 |
| 1/17/14 | Phone call with Client. Discussed MMM and child support proof of claim. | ATS | 0.1 |
| 1/23/14 | E mail received from mortgage company regarding MMM through DMM Portal. | ATS | 0.1 |
| 1/23/14 | Phone conversation with Client. Discussed MMM. | ATS | 0.1 |
| 1/24/14 | Appeared at meeting regarding MMM mediation | ATS | 0.2 |
| 1/25/14 | Filed Business Operating Report with Court. | ATS | 0.3 |

| Date | Description | Initials | Hours |
|---|---|---|---|
| 1/25/14 | Drafted and sent letter to Client regarding MMM mediation. | ATS | 0.3 |
| 2/11/14 | Got e mail from mediator regarding MMM. Checked file. Told KW to call Client. | ATS | 0.2 |
| 2/11/14 | Call to Client. Left message. | KW | 0.1 |
| 2/11/14 | Client called back. Spoke with him. Reported back to ATS. | KW | 0.1 |
| 2/12/14 | Drafted and sent e mail to mediator. | LR | 0.2 |
| 2/12/14 | Got response e mail from mediator. | LR | 0.1 |
| 2/12/14 | Got message from Trustee, indicating they will recommend plan for confirmation. | ATS | 0.1 |
| 2/13/14 | Got a phone call from Client. Discussed MMM. | ATS | 0.1 |
| 2/14/14 | Meeting with Client. Discussed MMM. Got filing fee. | ATS | 0.2 |
| 2/14/14 | Drafted and sent letter to mediator with MMM filing fee. | ATS | 0.2 |
| 3/6/14 | Got phone call from mortgage company's attorney regarding MMM. Information to ATS. | KW | 0.1 |
| 3/6/14 | E mail exchanges with mortgage company through DMM portal regarding information. | ATS | 0.2 |
| 3/6/14 | Called mortgage company's attorney. Discussed MMM and information needed and Adjourning MMM mediation date. | ATS | 0.2 |
| 3/6/14 | Got proposed order and stipulation to move MMM deadline. Reviewed and signed it. | ATS | 0.2 |
| 3/6/14 | Drafted a cover letter and mailed it to attorney with stipulation ATS signed for ATS | MO | 0.2 |
| 3/6/14 | 7 e-mail exchanges between mortgage company Attorney and mediator about Rescheduling mediation. | ATS | 0.1 |
| 3/7/14 | I prepared documents for MMM portal. Reviewed them with Client and had him sign. | ATS | 0.4 |
| 3/7/14 | Request for more information received through MMM Portal. | ATS | 0.1 |
| 3/7/14 | E mailed copy of stipulation to mortgage company's attorney (Atty. Martin). | ATS | 0.1 |
| 3/8/14 | Call to client regarding received request for information. | ATS | 0.2 |
| 3/8/14 | Drafted and sent e-mail to mortgage company through MMM Portal, regarding information request. | ATS | 0.1 |
| 3/8/14 | Got final stipulation to extend MMM deadline. Scanned to file. | ATS | 0.1 |
| 3/10/14 | Response message from mortgage company received through MMM Portal. | ATS | 0.1 |
| 3/10/14 | Drafted document for Client to sign for MMM. | ATS | 0.3 |
| 3/10/14 | Drafted cover letter. Mailed letter to Client with document for Client to sign. Requested information from Client. | ATS | 0.3 |
| 3/11/14 | Got another request for more information from mortgage company through Portal. Checked file. | ATS | 0.2 |
| 3/11/14 | Uploaded some information into MMM Portal per mortgage company request. | ATS | 0.2 |
| 3/11/14 | Drafted detailed letter for Client regarding request for information. Mailed to Client. | ATS | 0.5 |

| Date | Description | Initials | Hours |
|---|---|---|---|
| 3/14/14 | Got request from mortgage company's attorney for more information for MMM. Got Order extending MMM Deadline. | ATS | 0.1 |
| 3/17/14 | Got e mail from mediator to reschedule mediation Date. | ATS | 0.1 |
| 3/17/14 | Called Client regarding e mail. Spoke with Client. Responded to mediator e mail. | ATS | 0.1 |
| 3/18/14 | Got Trustee's **Objection to Confirmation**. Saved it to file. | ATS | 0.1 |
| 3/18/14 | Uploaded a document for DMM Portal (MMM). | KW | 0.1 |
| 3/18/14 | E mail to mediator regarding rescheduled mediation date. | ATS | 0.1 |
| 3/18/14 | Drafted and sent letter to Client regarding information needed for MMM. | ATS | 0.1 |
| 3/19/14 | Got notice of hearing on objection to confirmation. Saved to file. Checked file. | ATS | 0.1 |
| 3/19/14 | Drafted and sent an e mail to Trustee regarding the objection. | KW | 0.1 |
| 3/19/14 | Called Client and discussed objection to confirmation and MMM. Set appointment with Client. | ATS | 0.2 |
| 3/19/14 | Drafted and sent e mail to Trustee regarding objection to confirmation and hearing and Plan modification they want. Also asked to reschedule hearing. | ATS | 0.1 |
| 3/19/14 | Got an e mail form Trustee. Called Trustee. Rescheduled objection to confirmation Hearing. | ATS | 0.2 |
| 3/19/14 | Received another request from mortgage company through DMM portal. Checked file. | ATS | 0.1 |
| 3/20/14 | E mail exchanges with mediator and Atty. Martin to set Mediation date. | ATS | 0.1 |
| 3/20/14 | Call made to Client to remind Client of appointment on 3/21/14. | KW | 0.1 |
| 3/20/14 | Drafted and sent reminder letter to Client. | ATS | 0.2 |
| 3/21/14 | Drafted **Chapter 13 plan modification** for Client to sign. | ATS | 0.4 |
| 3/21/14 | Worked on document for Client to sign form MMM | LR | 0.2 |
| 3/21/14 | Meeting with Clients. Corrected and signed documents for MMM. Reviewed and signed Plan modification. Discussed modification, the MMM and the bankruptcy case. | ATS | 0.5 |
| 3/21/15 | Uploaded documents client signed into DMM Portal (for MMM). | LR | 0.2 |
| 3/25/14 | Got another request from mortgage company through DMM Portal. Gave to LR. | ATS | 0.1 |
| 3/25/14 | Phone call made to Client. | ATS | 0.1 |
| 3/26/14 | Re-drafted a statement. | LR | 0.1 |
| 3/26/14 | Called Client. Spoke with Client and set appointment for him to sign statement. | LR | 0.1 |
| 3/26/14 | Called Trustee. Discussed Chapter 13 plan modification. | ATS | 0.2 |
| 3/27/14 | Filed Chapter 13 plan modification with Court. | KW | 0.1 |
| 3/27/14 | Finished certificate of service. Mailed notice of plan modification to all creditors. | KW | 0.5 |

```
60 envelopes x $.48 =        $28.80
60 copies x 3 pgs x .05 pp = $ 9.00
                             $37.80
```

| Date | Description | Initials | Hours |
|---|---|---|---|
| 3/27/14 | Called client to remind Client of appointment. | KW | 0.1 |
| 3/27/14 | E mail from mediator regarding the mediation. Checked file. Called Client. | ATS | 0.2 |
| 3/28/14 | Client came in. Met with him. He signed document for DMM Portal. | KW | 0.1 |
| 3/28/14 | Filed document with DMM Portal. | KW | 0.1 |
| 3/29/14 | E mail exchanges regarding mediation date. | ATS | 0.2 |
| 3/31/14 | Got more e mails about mediation date. Called Client and left a message. | ATS | 0.1 |
| 3/31/14 | E mail from Mediator. Called Client. Responded to mediator. | ATS | 0.2 |
| 4/1/14 | E mail drafted and sent to Trustee regarding objection to confirmation. | ATS | 0.1 |
| 4/2/14 | Got another request from mortgage company through DMM Portal. Checked file. | ATS | 0.1 |
| 4/3/14 | Got an e mail from Trustee, confirming she would withdraw objection to confirmation. | ATS | 0.1 |
| 4/4/14 | E mail exchange with mortgage company's attorney regarding additional request for Information. | ATS | 0.1 |
| 4/4/14 | Called Client. Discussed information request we got. Set appointment for Client to Come into office. Went through information in file. | ATS | 0.4 |
| 4/10/14 | Met with Client. Got signed document for DMM portal. Uploaded it. | ATS | 0.2 |
| 4/10/14 | Drafted and sent letter to Client. | ATS | 0.1 |
| 4/18/14 | Got written correspondence from mortgage company. Drafted letter and sent to Client with the correspondence. | LR | 0.2 |
| 4/21/14 | Got e mail from mortgage company's attorney, requesting more information for MMM. Checked file. | ATS | 0.1 |
| 4/21/14 | Called Client regarding mortgage company's request for more information. | ATS | 0.1 |
| 4/21/14 | Phone conversation with Client regarding MMM and information. | LR | 0.1 |
| 4/22/14 | Got e mail from mediator following up on information request. | ATS | 0.1 |
| 4/22/14 | Responded to mediator's e mail. | ATS | 0.1 |
| 4/22/14 | Got request from mortgage company's attorney to reschedule mediation again. Got another request for more information from him. | ATS | 0.1 |
| 4/22/14 | Responded to Attorney's e mail. | ATS | 0.1 |
| 4/22/14 | Called Client regarding request for additional information. | ATS | 0.1 |
| 4/24/14 | Appeared with client at MMM mediation session. | ATS | 1.6 |
| 4/24/14 | Drafted letter for Client. | ATS | 0.3 |
| 4/28/14 | Got stipulation to extend MMM Deadline. Signed it and gave it to LR to return. | ATS | 0.1 |
| 5/5/14 | Got Notice of Preliminary Hearing on Confirmation. Saved to file. Checked file. | ATS | 0.1 |
| 5/5/14 | Drafted and sent letter to Client regarding hearing on confirmation. | ATS | 0.2 |
| 5/12/14 | Call to Client. | ATS | 0.1 |

| Date | Description | Initials | Hours |
|---|---|---|---|
| 5/14/14 | Appeared in teleconference regarding MMM. | ATS | 0.2 |
| 5/14/14 | Drafted and sent letter to Client regarding MMM teleconference. | ATS | 0.2 |
| 5/23/14 | Call to Client regarding Court's confirmation hearing. | KW | 0.1 |
| 5/27/14 | Returned Client's phone call. | KW | 0.1 |
| 5/27/14 | Called Client. Left a message. | ATS | 0.1 |
| 5/27/14 | Phone call from Client. | KW | 0.1 |
| 5/27/14 | Appeared at confirmation hearing. Court requested an affidavit. Waited for hearing. Travel to and from hearing. | ATS | 1.5 |
| 5/28/14 | E-mail exchange with Trustee about 2nd hearing date set by Court on 5/27/14. | ATS | 0.2 |
| 5/29/14 | Worked on affidavit for Client to sign. | ATS | 0.6 |
| 5/29/14 | Got notice of loan modification approval through DMM portal. | ATS | 0.1 |
| 5/29/14 | Tried to call mortgage company. | ATS | 0.1 |
| 5/30/14 | Drafted letter to go to Client regarding loan modification approval. | ATS | 0.1 |
| 5/30/14 | Mailed ATS letter to Client regarding approval of loan modification. Copy to file. | KW | 0.1 |
| 5/30/14 | Got message from mortgage company regarding modification. Called Client. | ATS | 0.1 |
| 6/2/14 | Got Court minutes regarding hearing on 5/27. Reviewed them. To file. | ATS | 0.1 |
| 6/2/14 | Got message regarding modification through DMM Portal. | ATS | 0.1 |
| 6/3/14 | Got loan modification papers in mail. | ATS | 0.1 |
| 6/3/14 | Called Client and left a message. | ATS | 0.1 |
| 6/3/14 | Got an e mail from mediator to cancel phone conference. | ATS | 0.1 |
| 6/3/14 | Got a call from Client. Spoke with Client. | ATS | 0.1 |
| 6/3/14 | Drafted and sent letter to Client regarding hearing on 5/27 and request that he come in Sign affidavit Court requested. | ATS | 0.3 |
| 6/3/14 | Drafted a letter. Mailed it to Client with final MMM trial period letter. | ATS | 0.3 |
| 6/9/14 | Called Client to set appointment to sign affidavit. | ATS | 0.1 |
| 6/9/14 | Met with Client. He signed affidavit. I filed it with the Court. | ATS | 0.2 |
| 6/11/14 | Got Court's confirmation order. Saved it to file. | ATS | 0.1 |
| 6/11/14 | Called Client and told him plan was confirmed and hearing on 6/27/14 is cancelled. | ATS | 0.1 |
| 6/14/14 | Got Mediator's final report regarding MMM. | ATS | 0.1 |
| 6/30/14 | Got correspondence from mortgage company. Drafted letter and mailed to Client with the correspondence. | MO | 0.1 |
| 8/4/14 | Got e mail from mortgage company through DMM Portal. To file. | ATS | 0.1 |

Total Time: 54.3 Hours

| | | |
|---|---|---|
| Attorney time: | 42.5 Hours @ $230 per hour = | $ 9,775.00 |
| Non-attorney time: | 11.8 Hours @ $150 per hour = | $ 1,770.00 |
| Postage/copy costs: | | $      37.80 |
| | Total: | $11,582.80 |

Staff Code:
LR, KW, MO: Non-Attorney
ATS: Attorney

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

---

In re   Robert S White,                    Case Number 13-30314 GMH
            Debtor.                   Chapter 13

---

## NOTICE OF INTERIM APPLICATION FOR COMPENSATION AND
## REIMBURSEMENT OF ATTORNEY FEES AND COSTS

---

     PLEASE TAKE NOTICE that Attorney Andrew T. Sapinski has filed an Interim Application For Compensation And Reimbursement Of Attorney Fees and Costs. If you have an objection/response to the Application, you are required to file that objection/response within 14 days of the date of this notice. Your objection/response should be filed with:

> Clerk, U.S. Bankruptcy Court
> 126 U.S. Courthouse
> 517 E. Wisconsin Ave.
> Milwaukee, WI 53202

You must also mail a copy of your objection/response to:

> Atty. Andrew Sapinski
> Sapinski Law Office, S.C.
> 12700 W. Bluemound Rd., #120
> Elm Grove, WI 53122

     If you do not file a timely objection/response, the Court may sign an order approving the Application.

     PLEASE TAKE FURTHER NOTICE that a hearing will be scheduled on any timely objection/response. Notice of the hearing will be provided to the objecting party and any other interested parties.

Dated: October 1, 2014

                                                            Andrew T. Sapinski

Prepared By:
Sapinski Law Office, S.C.
12700 W. Bluemound Rd., #120
Elm Grove, WI 53122
Phone: 262-782-9400
Fax: 262-782-9401

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re   Robert S White,                        Case Number 13-30314 GMH
                Debtor.                        Chapter 13

---

### CERTIFICATE OF MAILING

---

Robert White
3531 N. 38th St.
Milwaukee, WI 53216

SEE ALSO ATTACHED SERVICE LIST

    The undersigned does hereby certify that a copy of this Certificate and the attached INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF ATTORNEY FEES AND COSTS and NOTICE OF INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF ATTORNEY FEES AND COSTS were mailed to the above persons, at their respective addresses, postage prepaid, by depositing them in the U.S. Mail at Elm Grove, WI on October 1, 2014.

Upon information and belief the Chapter 13 Trustee and U.S. Trustee shall receive electronic copies of the above-referenced documents through the internet from the U.S. Bankruptcy Court.

By: _____          Date: 10/1/14
Andrew Sapinski, Attorney For Debtor

Prepared By:
Sapinski Law Office, S.C.
12700 W. Bluemound Rd., #120
Elm Grove, WI 53122
Phone: 262-782-9400
Fax: 262-782-9401

Advanced Healthcare SC
PO Box 090996
Milwaukee, WI 53209-0996

Atty Gary D Koch
Heuer Law Office
9312 W. National Ave.
Milwaukee, WI 53227

Atty Jareth J Sowinski
S74 W1742 Lake Dr.
Muskego, WI 53150

Atty M. Abigail O'Dess
O'Dess & Associates, S.C.
1414 Underwood Ave., Suite 403
Wauwatosa,, WI 53213

Atty Robert E Potrzebowski
Kohn Law Firm SC
735 N Water St.
Ste. 1300
Milwaukee, WI 53202

Atty. Jareth Sowinski
S74 W17426 Lake Dr.
Muskego, WI 53150

Atty. Randy Wynn
9305 W. National Ave.
West Allis, WI 53227

Aurora Health Care
PO Box 091700
Milwaukee, WI 53209-8700

Aurora Visiting Nurse Association
c/o State Collection Service, Inc.
2509 S. Stoughton Rd.
Po Box 6250
Madison, WI 53716-0250

Aurora Visiting Nurse Association of Wis
PO Box 270068
Milwaukee, WI 53227-0068

Bay View Loan Servicing
4425
Ponce De Leon Blvd., 5th Floor
Miami, FL 33146

Bayview Loan Servicing LLC
C/O O'Dess and Associates, S.C.
1414 Underwood Ave. #403
Wauwatosa, WI 53213

City of Milwaukee
c/o City Clerk
200 E Wells St, Room 205
Milwaukee, WI 53202

City of Milwaukee
841 N Broadway, Rm 406
Milwaukee, WI 53202-3687

City of Milwaukee
C/O City Clerk
200 W. Wells St., Room 205
Milwaukee, WI 53205

City of MIlwaukee
200 E. Wells St.
Milwaukee, WI 53202

City Ventures III, LLC
ATTN: Paul Handle
4240 W. Lisbon Ave.
Milwaukee, WI 53208

Collection Experts
1305 N. Barker Rd.
Ste. 7-8
Brookfield, WI 53045

Convergent Healthcare Recoveries, Inc
PO Box 805184
Dept. 0102
Kansas City, MO 64180-5184

Eagle Accounts Group Inc
7504 Madison Ave
Indianapolis, IN 46227

Eddie Davis
7915 N 69th St.
Apt # 7
Milwaukee, WI 53223

Elmbrook Memorial
Box 68-9540
Milwaukee, WI 53268-9540

Elmbrook Memorial Hospital
19333 W. North Ave.
Brookfield, WI 53045

ERMed SC
PO Box 808
Grand Rapids, MI 49518-0808

Forward Dental
1575 River Center Dr.
Milwaukee, WI 53212

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

IRS
211 W. Wisconsin Ave.
Mail Stop 5301 MIL
Milwaukee, WI 53203

| | | |
|---|---|---|
| J&B Express, LLC<br>9743 S. 31st St.<br>Franklin, WI 53132 | Jerome White<br>3531B N. 38th St.<br>Milwaukee, WI 53216 | Kohls Food Store Inc.<br>Po Box 295<br>11100 W. Burleigh St.<br>Milwaukee, WI 53222 |
| Kohls Food Stores Inc.<br>PO Box 295<br>11100 W. Burleigh St.<br>Milwaukee, WI 53201 | Lakeshore Medical Clinic<br>PO Box 371280<br>Milwaukee, WI 53237 | Landmark Credit Union<br>PO Box 510870<br>New Berlin, WI 53151-0870 |
| Landmark Credit Union<br>5445 S Westridge Dr.<br>New Berlin, WI 53151 | Milwaukee Radiologists, LTD SC<br>Po Box 78895<br>Milwaukee, WI 53278 | Milwaukee Water Works<br>200 W. Wells St., Room 800<br>Milwaukee, WI 53202 |
| OAC<br>PO Box 371100<br>Milwaukee, WI 53237-2200 | Office of U.S. Trustee<br>517 East Wisonsin Ave.<br>Rm 430<br>Milwaukee, WI 53202 | Professional Account<br>Management, L.L.C.<br>Collection Services Division<br>Po Box 2080<br>Milwaukee, WI 53201-2080 |
| Professional Placement Services LLC<br>272 N. 12th St.<br>Milwaukee, WI 53223 | Rausch, Sturm, Israel & Hornik, LLC<br>250 N. Sunnyslope Rd., Suite 300<br>Brookfield, WI 53005 | Sharon White<br>4171 N. 21st St.<br>Milwaukee, WI 53209 |
| Sinai Samaritan Medical Center<br>3031 W.Montana St.<br>Milwaukee, WI 53215 | Sinai Smaritan Medical Center<br>3031 W. Montana St.<br>Milwaukee, WI 53215 | STATE COLLECTION SERVICE<br>2509 S STOUGHTON RD<br>Madison, WI 53716 |
| State of Wisconsin<br>Department of Revenue<br>Special Procedures Unit<br>PO Box 8901<br>Madison, WI 53708-8901 | Torrain Jerome White Trucking LLC<br>3531 N. 38th St.<br>Milwaukee, WI 53216 | Torrian Jerome White Trucking LLC<br>3531 N 38th St.<br>Milwaukee, WI 53216 |
| Tri-State Adjustments<br>1305 N. Barker Rd.<br>Ste. 7-8<br>Brookfield, WI 53045-5236 | WE Energies<br>ATTN: Bankruptcy Dept. Room A130<br>333 W. Everett St.<br>Milwaukee, WI 53203 | WFS Financial<br>11020 W Plan Ct<br>Milwaukee, WI 53226 |
| WFS Financial<br>21675 Lonview Dr.<br>#102<br>Waukesha, WI 53186 | Wheaton Franciscan Healthcare<br>400 W. Riverwoods Pkwy.<br>Glendale, WI 53212 | WI SCTF<br>Box 07914<br>Milwaukee, WI 53207-0914 |

WI SCTF
Milwaukee County Child Support
Services
901 N 9th St. Rm 101
Milwaukee, WI 53233

Wisconsin Department of Revenue
Attn: Special Procedures
PO Box 8901
Madison, WI 53708-8901

Wisconsin Electic Power Co.
C/O Keith H Ecke
231 W. Michigan S.
P240
Milwaukee, WI 53203

Wisconsin Electric Power Co.
c/o Keith H Ecke
231 W. Michigan St.
P240
Milwaukee, WI 53203

Wisconsin Electric Power Co.
231 W. Michigan St.
Room A130
Milwaukee, WI 53203