UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: Robert S White, | Case No. 13−30314−gmh |
| Debtor. | Chapter 13 |

## NOTICE OF PRELIMINARY HEARING

TO: Robert S White    Attorney Andrew T Sapinski
                      Trustee Mary B. Grossman

**PLEASE TAKE NOTICE** that a hearing on approval of Andrew Sapinski's application for compensation will be held on **November 4, 2014, at 02:30 PM, in the United States Courthouse, Room 133, 517 East Wisconsin Avenue, Milwaukee, WI 53202,** before United States Bankruptcy Judge G. Michael Halfenger.

If sufficient grounds exist, the court may rule at the hearing.

Should any party have a conflict with the scheduled date and time for this hearing, that party should contact the court (414−290−2680), with the other interested parties on the line, to reschedule this hearing to a mutually agreeable date and time.

Dated: October 21, 2014                BY THE COURT:

                                       G. Michael Halfenger
                                       United States Bankruptcy Judge